UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO: 8:10-cr-56-T-EAK-JSS

GUADALUPE TORIBIO-RENTERIA
_____/

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under
18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motions to reduce her prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Docs. 171 and 191. The United States does not oppose a reduction. Doc. 191. The parties stipulate that she is eligible for a reduction because Amendment 782 reduces the guideline range applicable to her, *see* USSG §1B1.10(a)(1). Doc. 191. The Court agrees that she is eligible for a reduction and adopts the amended guideline calculations in the parties' stipulation. Doc. 191.

Having reviewed the facts in both the original presentence investigation report and the February 17, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 17 months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Thus:

1. The Court grants the defendant's motions, Docs. 171 and 191.

2. The Court reduces the defendant's prison term from 87 to 70 months or time served, whichever is greater.

3. The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on August 14, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services